**Opinion issued August 5, 2025**



In The

# Court of Appeals

For The

## First District of Texas

_____

### NO. 01-25-00244-CV

_____

## IN RE KRISTINA SCHWEYER, Relator

---

### Original Proceeding on Petition for Writ of Prohibition

---

### MEMORANDUM OPINION

Relator Kristina Schweyer has filed a petition for writ of prohibition.[1] A court of appeals or a justice of the court has jurisdiction to issue writs—other than writs of mandamus—only when necessary to enforce the jurisdiction of the appellate court. TEX. GOV'T CODE § 22.221(a). A court of appeals's jurisdiction to issue a writ of prohibition is limited to instances in which issuance is necessary to protect the

---

[1] Relator has not identified the trial court case underlying her request for prohibition relief.

subject matter of a pending appellate proceeding or to prohibit unlawful interference with enforcement of an appellate court's judgment. *In re Miller*, 433 S.W.3d 82, 84 (Tex. App.—Houston [1st Dist.] 2014, orig. proceeding); *see* TEX. GOV'T CODE § 22.221(a); *Holloway v. Fifth Court of Appeals*, 767 S.W.2d 680, 683 (Tex. 1989) (orig. proceeding).

Here, Relator has not established that issuance of the writ of prohibition is necessary to protect the subject matter of a pending proceeding in this Court or to prohibit interference with enforcement of an order or judgment of this Court. Accordingly, we lack jurisdiction to issue a writ of prohibition. *See In re Restrepo*, No. 08-14-00270-CV, 2014 WL 5035473, at *1 (Tex. App.—El Paso Oct. 8, 2014, orig. proceeding.) (mem. op.); *In re Mosby,* No. 01-03-00367-CV, 2003 WL 21026733, at *1 (Tex. App.—Houston [1st Dist.] May 8, 2003, orig. proceeding) (mem. op.).

We dismiss Relator's petition for lack of jurisdiction. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.